In the Matter of the Care and Treatment of Stanley HOUSTON, a/k/a Robert Houston, a/k/a Jack Harris, a/k/a Robert Jones, a/k/a Robert Neer, a/k/a James Robert Houston, a/k/a Robert James Houston, a/k/a Samuel Houston, a/k/a Stanley S. Houston, a/k/a, Jerald Houston, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72959.

Missouri Court of Appeals,
Western District.

Jan. 24, 2012.

---

Erika R. Eliason, Columbia, MO, for appellant.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before: ALOK AHUJA, P.J., and THOMAS H. NEWTON and JAMES E. WELSH, JJ.

## ORDER

PER CURIAM:

Stanley Houston appeals the judgment of the Circuit Court of Boone County, committing him to the Department of Mental Health for care, custody, and control as a sexually violent predator. Houston argues that the State failed to adduce clear and convincing evidence that he has a mental abnormality that makes him more likely than not to sexually reoffend. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).